**FILED**
CLERK, U.S. DISTRICT COURT

October 21, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE SHAHBAZIAN, an
individual

                                 Plaintiff,

v.

REGUS MANAGEMENT GROUP,
LLC, a Delaware limited liability
company,

                                 Defendant.

Case No. 2:21-cv-00377-SB-JPR

**ORDER OF DISMISSAL WITH PREJUDICE**

Orig. Compl.:    12/14/20
Removal:        1/14/21
Orig. Resp. Pldg.: 1/13/21

     Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

Dated:  October 21, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE